IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                                          4:12CR00292 JMM

JEREMIE DUKES

## ORDER

Pending is the Government's Motion to Dismiss Indictment. For good cause shown the Motion to Dismiss (Docket # 23) is GRANTED. The indictment against Mr. Dukes is dismissed. The jury trial scheduled for May 6, 2013 is cancelled.

IT IS SO ORDERED this 1st day of May, 2013.

_____
James M. Moody
United States District Judge