IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 4:12cr00292-02 JMM

AVERY LEE WARD

## AMENDED JUDGMENT

The Judgment, entered in this case on July 24, 2013 (DE #35), is amended to correct a clerical error. A special condition of supervised release announced on record was omitted from the judgment. The defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 26th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE